12/13/2007

#9

(IRON BUTTERFLY LOVES INXS
PAGE NUMBER 9 OF TEN PAGES)

1.- PLAINTIFF # IVAN MENDEZ

2.- CASE NUMBER # 318-2001

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

07-831

3.- DEFENDANTS # ONCE AGAIN, SUSSEX CORRECTIONAL INSTITUTION, AS JUST ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION, AS YOUR HONORABLE COURT KNOW IT TOO SINCE WHEN I WAS OVER AT S.C.I.

4.- MOTION TO PROCEED IN FORMA PAUPERIS

5.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUESTS THIS COURT, TO ALLOW THEM TO PROCEED WIT UT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.

6.- SIGNATURE # IVAN MENDEZ

7.- PRINTED NAME # IVAN MENDEZ

8.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.

9.- HOME PHONE NUMBER # 011-52-447-478-3938, OR 011-52-447-478-1501.

10.- BUSSINES PHONE NUMBER # N/A

11.- CERTIFICATE OF SERVICE.

12.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 12/13/2007

13.- TO # U.S. DISTRICT COURT.

14.- NAME # U.S. DISTRICT COURT.

15.- ADDRESS # 844 NORTH, KING STREET, LOCKBOX 18, WILMINGTON DE. 19801.

16.- NAME #

17.- ADDRESS #

18.- SIGNATURE # IVAN MENDEZ

19.- POINTS AND AUTHORITIES

20.- WRITTE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOUR HONORABLE COURT KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, PENSOLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION.

21.- SIGNATURE # IVAN MENDEZ

FILED
DEC 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

- PLAINTIFF # IVAN MENDEZ
- CASE NUMBER # 318-2001

APPLICATION TO PROCEED WITHOUT PREPAYMENTS OF FEES AND AFFIDAVIT.

- DEFENDANTS # ONCE AGAIN, SUSSEX CORRECTIONAL INSTITUTION, AS JUST ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION, AS YOUR HONORABLE COURT KNOW IT TOO, SINCE WHEN I WAS OR AT S.C.I., IN GEORGETOWN DE.

- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
- ARE YOU CURRENTLY INCARCERATED #        YES    NO
- IF YES GIVE THE PLACE OF YOU INCARCERATION # S.C.I. IN GEORGETOWN DE.
- ARE YOU EMPLOYED AT THE INSTITUTION #    YES    NO
- DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION #    YES    NO
- ARE YOU CURRENTLY EMPLOYED #    YES    NO

1 - NAME AND ADDRESS OF EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND ST WILMINGTON DE. 19805, OR AT PETRUCON, 100 N. CLEVELAND AVE., WILMINGTON DE. 19805.
1 - TOTAL MONTHLY AMOUNT OF SALARY # $ 1,600 OR 2,000.
2 - DATE LAST EMPLOYED # OCT. OR NOV. OF 2000
3 - TOTAL AMOUNT OF SALARY LAST RECEIVED # $ 16,00 OR 2000
4 - HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST 12 MONTHS #    YES    NO
5 - IF YES DESCRIBE EACH SOURCE OF MONEY #
6 - DO YOU HAVE CASH CHECKINGS OR SAVINGS ACCOUNT #    YES    NO
7 - IF YES STATE THE TOTAL AMOUNT #
18 - DO YOU OWN ANY VALUABLE PROPERTY #    YES    NO
19 - IF YES DESCRIBE THE PROPERTY AND HIS VALUE #
20 - LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT I HAVE LEFT OF FAMILY, RELATIVES AND LOVER
21 - I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
22 - DATE # 12/13/2007
23 - SIGNATURE # IVAN MENDEZ

(SAUL SORIN loves JAMIE LEE CURTIS)
(PAGE NUMBER 10 OF TEN PAGES)

# 10

General Request Form for U.S. Courts Law Library.

BLDG. # S.H.U. # 18
CELL # B6-3

This are the forms, rules and addresses that I need #
(28 USC 2101) Writ of Certiorary, which is jurisdictionally out of the time, one rule or form
(One form of Declaration pursuant to 28 USC 1746)
(Copy of Rule 28 USC 1746)
(0976) One motion to withdraw a guilty plea. (Under Rule 32)
(148 200) Request for Medical Records form.
(One motion for leave to file)

NAME # IVAN MENDEZ          S.B.I. # 453351          DATE # 12/13/2007
ITE RECEIVED # _____          PAY TO LOG # _____
IC SENT # _____                 STAFF INITIALS # _____

LGR NOTES # _____

(Please turn this page to the other side)

D. C.o.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTH PERIOD.

To # MR. JOSEPH HUDSON.
SUPPORT SERVICES MANAGER
D.o.C.C.
SMYRNA DE. 19977

DATE # 12/13/2007

From # IVAN MENDEZ              453351
       INMATE NAME#              S.B.I.#

——— I HEREBY CERTIFY ———

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915 (A), (2),
EFFECTIVE APRIL 26, 1996, I'M REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
   SIGNATURE #

28 USC 1746 AND 18 USC 1621