DECEMBER 13 OF 2007                                                                    12/13/2007

( AEROSMITH LOVES ANNA NICOLE'S )                                           #1
( PAGE NUMBER 1 OF TEN PAGES )
                                                                          =07-831=

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN SUSSEX CORRECTIONAL INSTITUTION, AS JUST ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION, AS YOUR HONORABLE COURT KNOW IT TOO, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DELAWARE.
4.- JURISDICTION

**FILED**
**DEC 19 2007**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

5.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
6.- PLAINTIFF # IVAN MENDEZ
7.- ADDRESS # DELAWARE CORRECTIONAL CENTER, 1181 PADDOCK ROAD, SMYRNA DE. 19977.
8.- PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.
9.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER OF YOUR HONORABLE COURT, KNOW IT TOO THIS INFORMATION SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, PENSYLVANIA DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION, AS YOUR HONORABLE COURT KNOW IT TOO, SAME AS YOUR HONORABLE COURT KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DELAWARE.
10.- IS THERE A PRISONER GRIEVANCE #        YES    NO
11.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES #   YES   NO
12.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION O

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

IN GEORGETOWN DELAWARE, SAME AS YOUR HONORABLE COURT KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DE.

14.- NAME OF DEFENDANT# ONCE AGAIN SUSSEX CORRECTIONAL INSTITUTION, AS JUST ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DE.

15.- EMPLOYED AS A# AS JUST ANOTHER CORRECTIONAL FACILITY AND MEMBER OF THIS CRIMINAL ORGANIZATION, AS YOUR HONORABLE COURT KNOW IT TOO, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION, OVER AT GEORGETOWN DE.

6.- ADDRESS # SUSSEX CORRECTIONAL INSTITUTION, P.O. BOX 500, GEORGETOWN DELAWARE 19947.

7.- CAUSE OF ACTION

18.- STATE BRIEFLY THE FACTS OF YOUR CASE# HONORABLE MASTER, AS YOUR HONORABLE COURT KNOW IT TOO ALL OF THE STATEMENTS, GROUNDS AND FACTS, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION, OVER IN GEORGETOWN DELAWARE, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM N.Y., PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION, AS YOUR HONORABLE COURT KNOW IT TOO, SAME AS YOUR HONORABLE COURT KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION, OVER IN GEORGETOWN DELAWARE, SAME AS YOUR HONORABLE COURT KNOW IT TOO ALL OF THE STATEMENTS, GROUNDS AND FACTS, FACTS LIKE HOW THEY PUT ME ON A MEDIUM SECURITY HOUSING, WHEN I'M CLASSIFIED TO LEVEL FIVE FOR 25 YEARS (SUSPENDED) FOR 15 YEARS ONLY, AND ALL IN ORDER TO COMPLETE THIS CRIMINAL ORGANIZATION, NASTY SET UP AND CONSPIRACY, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SINCE WHEN I WAS OVER AT S.C.I., IN GEORGETOWN DE., SAME AS YOUR HONORABLE COURT KNOW IT TOO HOW MS. MARY LOU BLADES, MS. BARBARA, AND LITTLE DEBBIE, TRY TO MOVED ME TO PROTECTIVE CUSTODY, BUT AS YOUR HONORABLE COURT KNOW IT TOO HOW MS. PHYLIS HARRISON, MR. MICHAEL KNID, AND OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION, SAY IT FUCK THAT SHIT, WHO CARES IF HAS BEEN CLASSIFIED TO

( PLEASE TURN THIS FORM TO PAGE NUMBER TWO )

DECEMBER 13 OF 2007

BRUCE WILLIS LOVES BEAN COBAIN
PAGE NUMBER 2 OR TEN PAGES
I'LL HIVE ON PROTECTIVE CUSTODY, AND SEND ME TO KEY SOUTH BUILDING, CLASSIFIED TO MINIMUM SECURITY TO ACCOMPLISH THIS CRIMINAL ORGANIZATION CONSPIRACY, WITHOUT CARE WHAT MS. MARY LOU BLADES, MS. BARBARA OR MS. LITTLE DEBBIE, WERE SAYING COMPLAINING AND PROTESTING, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT SoCoLo, IN GEORGETOWN DE, SAME AS YOUR HONORABLE COURT THAT NOT MATTER WHAT I WAS NOT SUPPOSSED TO BE REMOVED FROM SoCoLo, OVER IN GEORGETOWN DE, BECAUSE I WAS UNDER PUBLIC DETAINER BY THE (I.N.S), IMMIGRATION AND NATURALIZATION SERVICES, SINCE WHEN I WAS OVER AT SoCoLo IN GEORGETOWN DE, SAME AS YOUR HONORABLE COURT KNOW IT TOO, THAT THE ORDER OF DEPORTATION, THE ORIGINAL WAS SENT IT TO MR. BODMAN RIVERA, AT US. COURT OF FEDERAL CLAIMS, OVER IN WASHINGTON D.C., AND AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT MY CLASSIFICATION, SAME AS YOUR HONORABLE COURT KNOW IT TOO, ALL ABOUT MS. MARY LOU BLADES, MS. BARBARA, MS. LITTLE DEBBIE, SGT. PEPPER, SGT. SAM, SGT. NUKES, AND OF THE GOOD HEARTED PEOPLE WHOM HELPED THIS INOCENT MAN (MASSEIA), SINCE WHEN I WAS OVER AT SoCoLo OVER IN GEORGETOWN DE, SAME AS YOUR HONORABLE COURT THOSE GOOD HEARTED COWBOYS ARE COUNTED, AND SAME AS YOUR HONORABLE COURT BUT CHARMING TWINKER BELL (MS. MARY LOU BLADES), AND THE OTHER COUNTED PEOPLE GOD WHOM HELPED ME AND SAVED MY LIFE WHEN I ATEMPTED TO COMMIT SUICIDE 2 TIMES OVER IN SoCoLo IN GEORGETOWN DE, BY CUTTING MY WRISTS, AND ATEMPTED TO HUNG MYSELF WITH A SHEET AND WITH A SHIRT, AND AN END OF A BEDS, AND AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, WELL IT SEEMS THAT THE CRIMINAL ORGANIZATION FINALLY DID IT TO MS. MARY LOU BLADES, AS I'M SENDING YOU ONE OF THE LETTERS SENT IT TO HER, WHICH THEY HAVE RETURNED TO ME THE OTHER LETTER THAT THEY HAVE RETURNED TO ME I SEND IT TO WASHINGTON A. AND AS YOU CAN SEE IT ON ON THIS LETTER RETURNED TO ME AND ADDRESSED TO MS. LOU BLADES, (CHARMING TWINKER BELL), WHICH I'M ATTACHED TO THIS FORM NOW IT ON THE YELLOW STICKER ATTACHED TO THE FRONT OF THE LETTER IT SAYS (" 197 DC 1,00  11/15/07, RETURN TO SENDER ATTEMPTED NOT KNOWN UNABLE TO THIS FORM TO THE OTHER SIDE)

ON THE RED MARKER WORDS IT SAYS ("ANK RTS") JUST LIKE THE OTHER SE, AND AS YOU CAN SEE IT AL- IT TO WASHINGTON D.C., AND THEY RETURNED TO ME THIS LETTER ON (11/18/2007) VEMBER EIGHTEEN OR 2007, BUT UNTIL (12/05/2007), I HAVE RECEIVED THE MISSERYS TH THEY GAVE ME ONCE A MONTH, AS YOUR HONORABLE COURT KNOW IT TOO, WHICH IN MATT OR FACT I'M SENDING YOU ONCE AGAIN ANOTHER RECEIPT OR THE MISSERD THAT THEY GAVE M MONTHLY, THIS TIME OR THIS MONTH, AND ALSO I'M SENDING YOU SOME LETTERS ONE IS ADV ING ME OR THE DEAD OR MY OLDER BROTHER ON MAY 18 OR 2007, AND THE OTHER LETTER IS T ADVISED ME OF THE DEAD OF ANOTHER OF MY NIECES, WHOM DIE ON 07/JULY OF 2007, AN ALSO ON 12/05/2007, THE HONORABLE SENIOR COURT CLERK MS. LATOYA S. BRADY, FROM ? SUPREME COURT OF DELAWARE, SEND ME ANOTHER LETTER WHICH SAYS, # ("DEAR MR MENDEZ, THE SUPREME COURT IS IN RECEIPT OR YOUR LETTER DATED NOVEMBER 30, 2007," THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED THAT YOUR CASE WAS CLOSED WHEN THE I INMATE ISSUED ON MARCH 21, 2002, IF YOU HAVE ANY INQUIRIES CONCERNING THE SUPERIOR COURT RECORD I SUGGEST, YOU CONTACT THE SUPERIOR COURT PROTHONOTARY'S OFFICE AT THE SUSSEX COUNTY COURTHOUSE, THE CIRCLE, GEORGETOWN DE. 19947. THE COURT WILL TAKE NO FU THER ACTION WITH RESPECT TO YOUR MARCH 21, LETTER"), AND ALSO HONORABLE MAST ", THE HONORABLE COUNSELOR, MR. THOMAS AIELLO, HAS ANSWERED ME ONCE AGAIN ON THE "13/2007, AND IN A REALLY SARCASTIC WAY HE SAID THAT #, ("I AM A LITTLE CONF EN ABOUT WHAT YOU ARE ASKING AS FAR AS MEDICAL GOES, THE PROGRAMS ARE DESI EN AND RUN BY THE COUNSELORS IN THE S.HO.U., AREA, OTHER INMATES DO NOT RUN REVIEW ANY OR THE ASSIGNMENTS GIVEN TO YOU, I AM IN THE PROCESS NOW OR EATING A SPECIFIC PROGRAM FOR P.C. INMATES, I CAN NOT GIVE YOU INFORMATION HELP YOU IN ANYWAY WITH ANY LEGAL MATTERS"), AND ALSO HONORABLE MAS ", THE SAME HONORABLE COUNSELOR, MR. THOMAS AIELLO, ANSWERED ME AGAIN ON THE 20/2007), AND IT SAYS ON HIS LETTER # ("I THE SICK CALLS HAVE BEEN TAKEN TO MEDIC FOR THEM TO FOLLOW UP WITH, YOU MUST PUT YOUR LAUNDRY SLIPS IN WITH THE 4-12 1 OFFICERS, BUT A REQUEST HAS BEEN FORWARDED TO S/LT. HAWKINS, AS I TOLD YOU OR, I CANNOT PROVIDE YOU WITH INFORMATION WHICH YOU PLAN TO USE IN A LAW "), SO HONORABLE MASTER, AS YOU CAN SEE ALSO ON THE LETTER RETURNED ME, AND ADDRESSED TO CHARMING TINKER BELL, (MS. MARY LOU BLADES), HOW IS TRUE

(PLEASE TURN THIS FORM TO PAGE NUMBER THREE)

(Courtney Love, Loves Kurt Russell, Page Number 3 of Ten Pages)

#3

That the Honorable Counselor Mr. Thomas Aiello, and the Honorable L. Seacord, told me on (06/22/2007), June twenty two of 2007, over at the shower for disabled ones, when they classified me over at the shower room, as you can see it that they really did it to Ms. Mary Lou Blades, and also, medical called me again on the 2/10/2007, and this time my weight was only 145 lbs., as your Honorable Court know it too all about it, and told me again that they will tell to the doctor about my diet trays so I can get more weight, and that they will tell to the doctor once again too, about my boots and my pillow, in order to support my broken hurted and damaged neck, my hurted, fractured and damaged heels and toes and my disabled, hurted and damaged legs, where I have wearing this mettallic pin screws and mettallic plates that are holding my broken bones from my knees to my ankles on both legs, and to help my back and all of the disabled, hurted and damaged parts of my body as a result of that nasty hit and run of which I have been victim back on the year of 1998, which left me disabled, hurted and damaged of some parts of my body as your Honorable Court know it too, since when I was over at SoColo. in Georgetown De., same as I just remember you last week on the legal form 1983, against my ex-wife, Ms. Annette Right, So Honorable Master, please answer me soon as possible, I don't want to make another legal form against SoColo, and send it to your court and wait for years and never not even receive an answer and keep waiting hoping God that you or any of the other members of this criminal organization answer me any of my legal forms, 1983, 2254, 2255, 3306, 148200, 0976, or any of the legal forms send it to your Honorable Court too, Honorable Master, or at least returned to me my legal forms, your Honorable Court or any of the other members of his criminal organization, as your Honorable Court know it too all about it and Honorable Master finally on 12/11/2007, the Honorable Clerk of this Asty Law Library finally send me four legal forms of thirty eight legal form and rules requested from him, on 11/28/2007, but at least finally he send me
(Please send this form to the other side)

least your legal advice's mentioned on L. 3306, so please honorable master, your honorable court have all of the statements, grounds and facts against Sussex Correctional Institution, in all of my diverse legal forms that I send it to your honorable court too, same as to the other members of this criminal organization, since when I was over at Sussex Correctional Institution in Georgetown De., and wherever that I have been, so please honorable master with all due respect that your honorable court may deserve, please don't play dementia or erasing or memory, file or docket or any dirty trick or dirty deeds, so I'll be glad to hear from you soon as possible.

9.- INJURY
20.- How have you been injured by the action of the defendants # Physically, emotionally, verbally, psychologically and in many other ways, as your honorable court know it too since when I was over at S.Co.I., over in Georgetown De., and please don't try to play a game of dementia, or that accidentally your honorable court have erased my file and docket or any crap like that just in order to lock me on D.P.C, or Gander Hill, as this criminal organization didn't to me since when those two inmates broke two diferent televisions on my cell and rather then send them to D.P.C, they send me, as your honorable court know it too all about it.

10.- REQUEST FOR RELIEF
2.- State breefly what you want the courts do for you # Honorable master as your honorable court know it too what I have requested for me, my family, relatives and loved ones, and for those good hearted people whom saved my life and helped this innocent man, (myself), such as Ms. Marylou Blanes, Ms. Barbara, little Debbie, Sgt. Sam, Sgt. Pepper, and all of the counted people mentioned to your honorable court too since when I was over at S.Co.I. over in Georgetown De.

3.- I declare under penalty of perjury that the above information is true and correct.
4.- Date # 12/13/2007
5.- Signature # Ivan Mendez

(please turn this page to page number four)
(page number three)

DECEMBER 13 OF 2007                                    12/13/2007

MARAVATIO, Mich 6 Agosto de 2007

(DREW BARRYMORE LOVES, DEEP PURPLE
PAGE NUMBER 4 OF TEN PAGES)                                 #4

Mi siempre amado y adorado hijito todos deceamos que estes muy bien nosotros estamos bien Magda y los niños tambien. Tu sabes que es muy dificil de olbidar a los que ya no estan con nosotros, pero solo Dios sabe cuando nos iremos tambien, yo solole pido que me deje volver a verte, abrazarte y besarte, ya siendo tu libre y sano yo con eso me conformo porque yo se que tu eres bondadoso, bueno, Respetuoso y honrado, por eso nosotros no creemos en que tu seas culpable de nada toda la familia sabe que eres bueno, no te he contado como murio Juan, El todos los viernes ó jueves ó sabados Regularmente los viernes era su dia de llegar de Morelia y casi siempre pasaba a saludar a tu abuela yo viendo la camioneta ya sabia que el habia llegado y si no era entre (7 y 9½) de la noche era que andaba cuete y podia llegar a las (11 - 11½) del mismo viernes pero con la musica a todo lo que daba y a veces me venia haber y a veces no pero los domingos despues que salia de comulgar siempre ó casi siempre venia a la casa de la abuela y despues a la mia y los niños no les gustan mas que estar con Rosen y se les escapaban de la casa de la abuela sin pedir permiso y desde Margeli Jazmin y Yesli se venian para aca y Hector que

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

*Ahora que vivo solo tu papá* No hubo timbres para mandar la carta que te dejó tu papá y hoy te escribo haber si ya llegaron los timbres.

Juan y Magda venían por ellas se iban
con el Rotundo enojo de tu abuela que
como siempre no le gusta que nadie de
mis hermanos me visite, pero Juan y
Magda de todas formas se venían por
acá, aunque comieran allá y pues tu
sabes que mamá siempre a sido celosa
y solo quiere que la busquen a ella y
ellas pichi y Juan comían a contarme
sus problemas, por eso yo sabía que Juan
iba a terminar así yo se lo dije miles
de veces y me juró y prometió y jur**ó**
en la Iglesia y nunca cumplía era
muy grande su vicio y ya dependía
del... ese viernes 18 de Marzo el salió
en la mañana de su casa y como siempre
Magda lo salió a despedir y él le dijo que
no se enojara porque él le prometía que
no iba a tomar y que llegaría temprano
a comer con ella cosa que ya no pudo
cumplir porque como a las 7:0-7½ **creen**
que se accidentó en la carretera libre de
Cuantepec quedó cerca de la primer
caseta, pero por la libre entró en un
maizal varios metros adentro nunca
sabremos que paso tu papá y piche **creen**
que venían tan rápido que él salió y se
fue entre la milpa pero rodando y un
golpe en la nuca lo mato, todos creen que
fue muy rápido su muerte, así lo dijo el
forense que le hizo la autopsia y lo mas
ilógico para mi es que Juan no ll**evaba**
cinturón, siendo que él siempre lo usaba
solo Dios sabe porque ese día no lo **traía**
traía puesto y dicen que un señor les

(PLEASE TURN THIS PAGE TO PAGE NUMBER FIVE)

(I WON SHOW COVER, EVEN
PAGE NUMBERS OF TEN PAGES)   DECEMBER 18 OF 2007           12/18/2007

Platico que Juan atraveso ~~la camioneta~~
con la camioneta la carretera y se              #5
quedo dormido con la camioneta atravesada
y que eran como las 5½ de la tarde y
que een autobuses no podia pasar y que
se bajo el chofer y lo fue a despertar
para que quitara la camioneta y dejar
pasar (PASAR) y que pensaba el chofer que estaba
malo ó que lo habian asaltado pero no
el estaba bien solo dormido y que lo
quito y despues dice el señor que
vino del campo que mas tarde solo
vieron como una camioneta salio
dando 3 o mas vueltas hacia el maizal (MAIZAL)
como a las 7 ó 7½ no saben que hora era
en la carretera quedaron las huellas donde
derrapó (DERRAPO) y luego la pobre de magda lo fue
a reconocer mas tarde, y ya te imaginas
toda la noche sin dormir unos de la
familia que decian estaba muerto y
yo tu madre sin querer creer y que
yo tenia la Esperanza de que estuviera
vivo solo accidentado pero como a
las 2 de la mañana Martha y Chuo y
pato hablaron desde el Hospital BAIBUENA
que si estaba muerto y vinieron por ropa
para ponersela se llevo puesta una camisa
negra de tu papa que fue la que estaba
mas ancha y le vino y pues tu pidele
mucho a Dios por tu hermano Juan y
por su familia, por el lado economico ella
esta bien ya que tu sabes sigue con su
Estetica y pues aunque no creas Juan
le dejo como 5 seguros que con eso va
a tener para darle estudios a los 3 asi es

( PLEASE TURN THIS PAGE TO THE OTHER SIDE )

(Please turn this page to page number six)

que pide mucho para que Dios los cuide y pide por nosotros, nunca dejes de orar

y de darle gracias al padre que nos da la vida y nos cuida ya que nosotros siempre pedimos por ti, eres lo mas importante en nuestras vidas cuidate mucho por favor, y confia mente ven a vernos asi como yo pienso en ti y siento que siempre estoy junto a ti, Tu Angel de la guarda siempre te cuida y te proteje, se llama AZIANA y NUNCA TE ABANDONA ELLA TE QUIERE RECUPERAR PARA QUE seas alegre y feliz como un niño y que sepas apreciar todo lo que el padre hizo para nosotros y que no vemos, El cielo El AGUA CONbERtida EN lluvia o GRANIZO y El Sol ESA ENERGIA QUE NOS dA FLORES y QUE NOS dA EL dia y lA NOCHE CON SU LUNA y los millones de ESTRELLAS que SE VEN ES UN REGALO del PADRE PARA NOSOTROS y todo lo demas que nos A dAdo los Amigos los pARientes los pAdRES los hermanos los tios los primos y tAntAs cosas que Dios pAdRE hAce por nosotros y no le AGRAdecemos por FAVOR CUidAte y no dejes de ORAR, PADRE siempre te escuchA y te AyudA no lo dudes AUNqUe A veces te desesperes ten confiAnzA y di "JESUS yo confio en ti" y el hijo de Dios siempre tendra misericordia de ti no lo olbides. toda tu fAmiliA te mAndA sAludos y AbRAzos RECUERdA LUCHA poR tu LibERtAd Dios no te ABANDONA y NO olbides NO ESTAS solo Dios pAdRE hijo y El AmoR dE Dios y El hijo siempre te AcompAñAN y todos nosotros te AmAmos y te mAndAmos besos y estamos contigo (NO ESTAS

(margin left, rotated) te AmAnte extrAñA nAno tu cho soy tu KAREN DIANA SILVIA tu mamá especialesto tu AbuElA sAlUdos

September 17th 2007

#6

Hola!

Cómo estas? Esperando que muy bien, de salud y ánimo.

Antes que nada, gracias por seguir en contacto conmigo, me da mucho gusto cada vez que recibo una de tus cartas y saber que sigues luchando por salir de ahí, no te imaginas cuanto deseo que llegue el día en que nos volvamos a reunir nuevamente después de tanto tiempo, tendríamos tantas cosas que compartir, ahora mismo tengo algo que compartirte, mi esposo y yo pasamos nuevamente en Julio de este año, la difícil experiencia de perder a otro bebe, fué algo muy triste, pero estamos bien, por cierto dentro de 4 días vamos a ir a México a realizarnos estudios para saber que ha pasado, no nos gustaría que ocurriera una 3ª vez, ojalá, tenemos fé en que todo va a salir bien y si Dios quiere para el otro año intentar nuevamente y hacerte tío otra vez, ok?

Perdón x no haberte escrito antes, estuve en reposo absoluto un tiempo y después del legrado otra vez, así que no podía salir y la verdad estaba muy triste, no quería contagiarte mi tristeza.

Bueno pasando a otra cosa: Mil gracias por los saludos y bendiciones para todos, igualmente recibe de parte de todos abrazos, bendiciones, oraciones, amor, apoyo y mucha energía positiva, tú sabes que aquí te amamos y te extrañamos →

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

esperando que estes aqui pronto.
Por otra parte, quiero que sepas que ya le entregué a Karen todos los datos que le mandaste y por supuesto que no es ninguna molestia, hacerlo ok?, cuenta conmigo para lo que necesites.
Sabes yo estoy segura de que muy pronto vamos a estar juntos, tengo fé en que así va a ser, te admiro + ser una persona tan valiente al enfrentar esta situación.
Oye quiero pedirte un favor, no sé si sea posible que mandes una foto o fotos de ti, aún te recuerdo igual, no sé si cambiaste tu apariencia, me encantaría, pero si no es posible, no te preocupes, me espero a verte en persona ok?
Bueno me despido x ahora, seguimos en contacto ok?
   No olvides que Dios esta contigo.

   Abrazos y Besos te mandamos todos, esperando saber pronto de ti.

   X favor cuidate y no claudiques o.k?

     Hasta Pronto

        Te quieren:
Aituna, Ruth, Pichi, Laura, Nelly, Jesus y Gera.
(PLEASE TURN THIS PAGE TO PAGE NUMBER SEVEN)

(GRAND JURY DECEMBER TERM OF 2007
GRAND JURY VOTES BILLION AND SECOND
PAGE NUMBER 7 OF TEN PAGES OF DECEMBER 13 OF 2007 ) #7

## COMMISSARY SLIP

Name # IVAN MENDEZ  S.B.I # 453351  BOX # 56460 # 18,  Cell # BL-3  Date # 12/02/2007

| ORDERED # | Items # |
|---|---|
| 16 | ENVELOPES LEGAL #10 |
| 4 | ENVELOPES PERSONAL 6 3/4 |
| 4 | ENVELOPES LARGE BROWN 12 x 9 |
| 4 | MAIL STAMPS |
| 1 | TABLET WRITING PAD, 8.5 x 11 |
| 1 | INK PEN |

Name # IVAN MENDEZ                                    Signature  Ivan mendez (45331)

I/M IVAN MENDEZ
SBI# 453351    UNIT So. HU6 #18   (HARRISON PENN 1085, HALLOWAY)
DELAWARE CORRECTIONAL CENTER    (PASS NUMBER 8 OF SOUTH JERSEY NJ 080)
1181 PADDOCK ROAD    10 NOV 2007 PM 2:T
SMYRNA, DELAWARE 19977    RETURNED TO ME ON
                          11/18/2007

MARY LOU BLADES,
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, Delaware

BL3

NIXIE    197    DC  1    00  11/1
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 19977347499    *1903-18774-1

18
Prior letter
sent to U.S. Supreme
in Washington D.C.

AMB

(please scan this mail to the other side)

