January Third of 2008.
01/03/2008
(Alison Bugg loves AC$DC.
Page number one of three pages).

RECEIVED JAN -7 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

CA07-831
JJF

#I

Honorable U.S. District Court.

Honorable Master, I writte to you once again, not meaning to bother or disturb any of your time, but yesterdays day on 01/02/2008, medical finally called me once again, and told me that they take my medication off from the last seven or eight days because they run out of it, that perhaps they will going to change my medication for something more stronger to kill the pain, and that they are not going to give me my diet trays even that I have lost(en) over seventy pounds, but that they are going to give me the snack they have promised to me along with the diet trays, because this new medication is more stronger and shall upset more my stomach, and told me that really soon they are going to send me to take those chest x-rays promised to me on 11/15/2007, November fifteen of 2007, in order to see and check, my hurted and damaged discs from my cervical spine, (whatever those discs are), and in order to check this balls that I have on my hurted, fractured, and damaged ribs, and also they are going to take once again another x-rays from both of my legs in order to see and check if anything has changed on the pin number 8 from my right leg, and on pin number 14 from my left leg, which has been moved from their original places as a result of that nasty assault, when they assaulted me again that time over at the M.H.U. Bldg. #23, this time by Mr. Scott Harold, on 04/20/2006, April twenty of 2006, as they took me on a wheelchair from this building of protective custody next day on 04/21/2006, to take x-rays from both of my legs, as you know it too all about it, where you can see this mettallic pins, screws and mettallic plates holding my broken bones from my knees to my ankles on both legs, as a result of that nasty hit and run of which I have been victim back on 1998, which left me disabled, hurted and damaged of some parts of my body, and wearing this mettallic pins, screws and mettallic plates that are holding my broken bones from my knees to my ankles on both legs, as you know it too all about it, and this time the nurse whom told me the diagnoses of my x-rays from both of my legs after the doctors revised them on 07/10/2006, July ten of 2006, which gave me a hand copy of the file's sheet and I send it along with Bible studies certificates, letters, forms, legal forms, and other important legal documents to Mr. Bodman Pules over at U.S. court of federal
(Please go to the back of this other side).

JANUARY THIRD OF 2008                                                01/03/2008

( BURT REYNOLDS LOVES BEAN CORAIN
  PAGE NUMBER TWO OF THREE PAGES )

LAST ASSAULT, THAT TIME MADE IT BY MR. SCOTT HAROLD, OVER AT THE M.H.U. BLDG. #23 ON THE 04/20/2006, APRIL TWENTY OF 2006, AS YOU KNOW IT TOO ALL ABOUT IT, WELL IS JUST TRUE MR. PAUL AND MR. ZIGGY, I KNOW THAT YOU ARE FAMILIAR WITH THOSE GOOD HEARTED, PUNKS OLD WHITE COWBOYS, WHOM WERE WITH ME OVER AT S.C.U. UNDER THE CARE AND PROTECTION OF MS. MARY LOU BLADES, AND ANGEL FROM GOD, AS I CONSIDER THAT HONORABLE LADY TOO, AND AS FOR MR. PAUL AND MR. ZIGGY, WE GATHER TOGETHER AGAIN ON THE M.H.U. BLDG. #23, WHERE THEY ASSAULTED MR. PAUL, JUST FOR STOP HIM TO GO EAT BREAKFAST, HIS CELL MATE COMES BACK AFTER SHUT THE DOOR ON HIS FACE AND BEAT HIM UP, TELLING TO MR. PAUL THAT HE DID IT BECAUSE HE WAS ACTING PUNKY AND FOR BEING AN OLD WHITE RED NECK, AND HE GOT AWAY WITHOUT CHARGE, AS JUST AS ALWAYS AS YOU KNOW IT TOO, WELL AFTER THAT NASTY ASSAULT MR. PAUL BEGUN TO SPIT AND DEFECATE MORE BLOOD IN HIGH AMOUNT, AND MEDICAL AS YOU KNOW IT TOO THAT THEY DON'T DO NOTHING FOR ME OR FOR THE OLD WHITE COWBOYS AS YOU KNOW IT TOO ALL ABOUT IT, WELL HONORABLE MASTER I WANT TO REMEMBER YOU SOMETHING #

"MEMORANDUM"

MY MANDATORY TIME WAS DUE ON 12/23/2007, DECEMBER TWENTY THREE OF 2007, AND SO MY LEVEL FIVE IS DONE WITHOUT GETTING ANY CHARGE AND I AM ON PUBLIC DETAINER BY THE I.N.S., INMIGRATION AND NATURALIZATION SERVICES, ON S.C.I. ON GEORGETOWN DE. FROM WHERE I WASN'T SUPPOSSED TO BE REMOVED, SO HONORABLE MASTER AS YOU KNOW IT TOO THAT I AM AN INNOCENT MAN, AND ARE NOT WHAT YOU AND THIS CRIMINAL ORGANIZATION ARE GOING TO DO TO MYSELF AND TO MY LOVED ONES NEXT, IS THAT YOU AND THIS CRIMINAL ORGANIZATION ARE GOING TO TAKE ME OUT FROM THIS BUILDING OF PROTECTIVE CUSTODY AND SEND ME TO ANOTHER BUILDING TO GET HURTED BY ONE OF YOUR SOLDIERS, STAFF, INMATE, ETC. AS YOU TOOK ME ALONG WITH THIS CRIMINAL ORGANIZATION OUT OF THIS SAME BUILDING AND SEND ME BACK TO C-BLDG., WHERE I WAS HURTED ONCE AGAIN, WHILE ALL OF YOU TOOK ME OUT FROM THIS BLDG. OF PROTECTIVE CUSTODY, WHEN I WAS UNDER THE CARE OF MS. MARITZA McFADDEN, WHOM AFTER THEY MOVED ME FROM C-BLDG. TO BLDG #21 THE S.N.U. SHE WAS STILL HARRASSING ME ALONG WITH COUNSELOR MR. KEVIN AND EVERYBODY BEFORE THEY SET ME UP WHEN THOSE INMATES BROKE TWO TVS.

SANURRS 1st day of 2008
( COURTNEY LOVE, LOVES CRAFTON )
( PAGE NUMBER THREE OF THREE PAGES )    01/03/2008

# Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _____  SBI # _____
(Last, First MI)

Facility _____  Date _____

___ Chargeable Visit                                    $4.00
_✓_ Non Chargeable Visit                                -0-
___ Medication Handling Fee ($2.00 X ___ )              $____

**Total Amount Charged To Inmate Account**             $ 0

Health Care Staff Signature: _____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____  Date: 1/13/07

1) *Witness Signature: _____  Date: _____

2) *Witness Signature: _____  Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

