COPY

FEB - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JANUARY THIRTY OF 2008    01/30/2008

( AC ZDC, LOVES ALLISON BUGS    #1

( PAGE NUMBER ONE OF FIVE PAGES AND ONE ENVELOPE    CA 07-831
                                                        JJF

HONORABLE U.S. DISTRICT COURT.

HONORABLE MASTER, I WRITE TO YOU ONCE AGAIN, NOT MEANING TO BOTHER OR DIST URB AND OR YOUR TIME, BUT I'M SENDING YOU ATTACHED TO THIS LETTER MY INMATE ACCOUNT STATEMENT FROM PRIOR SIX MONTHS PERIOD, THAT I HAVE JUST REQUESTED ON FRIDAY, TWENTY FIVE OF 2008 (01/25/2008) AND SEND IT TO ME FOR FIRST TI ME RIGHT AWAY, ON MONDAY TWENTY EIGHT OF 2008 (01/28/2008, AND I HAVE RECEIVED ON TUESDAY TWENTY NINE OF 2008 (01/29/2008), BUT AS YOU CAN SEE IT AS ALWAYS, HOW THIS MEMBERS OF THIS CRIMINAL ORGANIZATION TOO, AS YOU KNOW IT TOO ALL ABOUT IT, HOW THEY SEND ME MY INMATE ACCOUNT STATEMENTS JUST AS ALWAYS CHECK ON THEM, AND HONORABLE MASTER, I SEND THEM TO YOU FOR THE LEGAL FORM, # MENDEZ US. SUSSEX CORRECCIONAL INSTITUTION, 1:07-CV-831, ENTERED ON, 01/22/2008, AT, 3:23 P.M, AND FILED ON 01/22/2008, WITH NOTICE OF COMPLIANCE DEADLINE SET FOR 02/25/2008, SIGNED BY THE HONORABLE MASTER, JUDGE MR. JOSEPH J. FARNAN, JR. ON 01/22/2008, AND HONORABLE MASTER, THANKS TO OUR HEAVENLY FATHER GOD, AND TO MY BELOVED PROPHET AND MASTER MR. JOSEPH SMITH, WHOM INTERCEDE FOR ME WITH OUR LORD JESUS CHRIST, AND GOD, MY BLEEDING WOUNDS ON MY HANDS ARE CLOSING, WITHOUT MEDICAL ATENTION, AS YOU KNOW IT TOO ALL A OUT IT, I KNOW THAT THE WILL BE OPEN AGAIN ON ONE OR TWO WEEKS BUT RIGHT NOW THEY ARE CLOSING, CAUSED BY THAT NASTY HUMAN URINE (PEED), THAT ANOTHER INMATE THREW AT ME OVER HERE ON THIS BUILDING OF PROTECTIVE CUSIC DY, CAUSING THIS BLEEDING WOUNDS IN ALL OF MY BODY, AS YOU KNOW IT TOO ALL ABOUT IT, AND THAT EVIL INMATE GOT AWAY WITHOUT CHARGE JUST AS ALWAYS JUST LIKE THE OTHER SOLDIERS OF THIS CRIMINAL ORGANIZATION (INMATES, C/O: TEACHERS, COUNSELORS, AND ALL OF THE CALLED THEMSELVES SOLDIERS) OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO ALL ABOUT IT, JUST LIKE MR. MICHAEL CELT TINE, MR. MICHAEL DUKE, MR. JAMES MAY, MR. DONNIE HAMPTON, MR. SILVESTER DOBSON, MR. SEAN FULLER, MR. COREY WASHINGTON, MR. TRAVIS CALDWELL, MR. RONALD STEVENS.

( PLEASE TURN THIS PAGE TO THE OTHER SIDE)

AND ALL OF THE OTHER CALLED THEMSELVES SOLDIERS OF ALL OF THE MEMBERS OF THIS CRIMINAL ORGANIZATION WHOM HAVE HURTED ME, DAMAGED ME, AND DESTROYED ME, AS YOU KNOW IT TOO ALL ABOUT IT, AND THEY GOT AWAY WITHOUT CHARGE, JUST LIKE ALL OF THE OTHER CALLED THEMSELVES SOLDIERS OF THIS CRIMINAL ORGANIZATION MEMBERS, WHOM HAVE HURTED, BEATTED UP, AND DAMAGED TOO, ALL OF THOSE GOOD HEARTED OLD WHITE COWBOYS WHOM HELPED ME OR I HELPED THEM JUST LIKE MR. ZACK, MR. ERNIE, MR. AMON, MR. CHRIS FOSTER, MR. GEORGE ISELWOOD, MR. RICHARD, MR. ARTHUR, MR. ZIGGY, MR. PAUL, MR. BIGGY, AND ALL OF THOSE GOOD HEARTED OLD WHITE COWBOYS WHOM HAVE BEEN HURTED AND DAMAGED TOO OF CALLED SOLDIERS (INMATES, STAFF, COUNSELORS, NURSES, ATENDANTS AND ALL OF THOSE CALLED THEMSELVES SOLDIERS) OF ALL OF THIS CRIMINAL ORGANIZATION MEMBERS WHOM SEND THE TO HURT ME, DAMAGE ME, DESTROY ME, AND DO ALL KIND OF EVIL TO ME AND ALSO TO ALL OF THE OLD WHITE COWBOYS MENTIONED TO YOU TOO SINCE WHEN I WAS OVER AT SOCI IN GEORGETOWN DE., AND PLEASE DON'T FORGETT THAT I AM DISABLED, HURTED, FRACTURED AND DAMAGED OF SOME PARTS OF MY BODY AS A RESULT OF THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON TH YEAR OF 1998, WHICH LEFT ME DISABLED, HURTED, FRACTURED AND DAMAGED OF SOME PARTS OF MY BODY AND WEARING THIS METTALLIC PINS, SCREWS AND THIS METTALLIC PLATES THAT ARE HOLDING MY BROKEN LEGS FROM MY KNEES TO MY ANKLES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND PLEASE DON'T FORGETT THAT MY MANDATORY TIME WAS DUE ON DECEMBER TWENTY THREE OF TWO THOUSAND SEVEN, (12/23/2007), OR WHAT ARE YOUR NEXT PLANS ALONG WITH THE OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION IN ORDER TO ACCOMPLISH THIS NASTY EVIL CONSPIRACY,
"THANKS FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION"

INMATE'S NAME # IVAN MENDEZ
SOBGI NUMBER # 453351
DATE OF BIRTH # 12/04/73

JUDGE'S NAME # MR. RICHARD R. STOKES.
DATE OF SENTENCE # 06/15/2001
NUMBER OF CASE # 318-2001

ASE TURN THIS PAGE TO PAGE NUMBER TWO)

I/M IVAN MENDEZ

SBI# 453351    UNIT SoHoUo#18

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977





U.S. DISTRICT COURT

844 NORTH, KING STREET

LOCKBOX # 18

WILMINGTON DELAWARE.

19801- 3570

1980183570 CO12

BL-3

Ivan Mendez

# 453351

SHU18