JANUARY - MIRTH OF 2008

CA07-831
JJP

#3
3

COURTNEY LOVE, LOVES KURT COBAIN R.I.P.)
(PAGE NUMBER THREE OR FIVE PAGES AND ONE ENVELOPE)

01/30/2008

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
### MEMORANDUM

COPY

TO:    Ivan Mendez  SBI#: 453351

FROM:    Stacy Shane, Support Services Secretary

RE:    **6 Months Account Statement**

DATE:    January 28, 2008

FILED
BC
FEB - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
July 1, 2001    to    December 31, 2007

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| July | (-9.55) |
| Aug | (-9.55) |
| Sept | (-9.55) |
| Oct | (-9.55) |
| Nov | (-9.55) |
| Dec | (-9.55) |

Average daily balances/6 months: (-9.55)

Attachments
CC: File

Stacy Shane
1/28/08

Jeanette L. Hawe
1/28/08

(PLEASE FIND THE PAGE TO THIS OTHER SIDE)

Handwritten notes: JANUARY · #4 · PAGE NUMBER FOUR OF FIVE PAGES AND ONE ENVELOPE

Date Printed: 1/28/2008

**Individual Statement**
**From July 2007 to December 2007**

| SBI | 00453351 | | |
|---|---|---|---|
| Last Name | Mendez | First Name | Ivan |
| Current Location: | 18 | | |
| | | MI | Suffix |
| | | Comments: | QOLP2 |

Beginning Month Balance: ($9.55)
Ending Month Balance: ($9.55)

Page 1 of 2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 7/10/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 454528 | | INDIGENT 7/2/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($0.75) | ($9.55) | 456829 | | 6/18/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($1.82) | ($9.55) | 461364 | | 7/09/07 | |
| Supplies-MailPosta | 8/7/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 467797 | | INDIGENT 7/31/07 | |
| Supplies-MailPosta | 8/10/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 470018 | | 7/11/07 | |
| Supplies-MailPosta | 8/10/2007 | $0.00 | $0.00 | ($10.25) | ($9.55) | 473141 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.48) | ($9.55) | 473445 | | 8/4/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($2.46) | ($9.55) | 473520 | | 7/16/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($2.23) | ($9.55) | 474102 | | 7/18/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($0.75) | ($9.55) | 474105 | | 7/17/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($0.75) | ($9.55) | 474211 | | 8/3/07 | |
| Supplies-MailPosta | 8/21/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 475057 | | 8/6/07 | |
| Supplies-MailPosta | 8/21/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 475058 | | 8/2/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 476792 | | 8/13/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 476795 | | 8/9/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 476797 | | 8/13/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 476823 | | 8/13/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.64) | ($9.55) | 476824 | | 8/14/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 476825 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.97) | ($9.55) | 476832 | | 8/8/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 476845 | | 8/7/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 476860 | | 8/12/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 476938 | | 8/20/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.41) | ($9.55) | 477025 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 477051 | | 8/19/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 477053 | | 8/19/07 | |
| Supplies-MailPosta | 9/10/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 484428 | | INDIGENT 9/5/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 489061 | | 9/7/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 489110 | | 9/11/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 489114 | | 9/10/07 | |
| Supplies-MailPosta | 9/25/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 490577 | | 9/14/07 | |

Handwritten note: P.S. DON'T FORGETT THAT MY MANDATORY TIME WAS DUE ON DECEMBER TWENTITH THREE NO MORE (12/23/2007) OR I WAS REMEMMBERED TO WORK TOO ON MY PRIOR 15/TCES AND...

Handwritten note (bottom): PLEASE TURN THIS PAGE TO THE OTHER SIDE

Handwritten annotations:
JANUARY 2008 #5
PAGE NUMBER FIVE OF FIVE PAGES AND ONE ENVELOPE

**Individual Statement**
**From July 2007 to December 2007**

Date Printed: 1/28/2008

| SBI | 00453351 | | |
|---|---|---|---|
| Last Name | Mendez | First Name | Ivan | MI | Suffix |
| Current Location: | 18 | | Comments: QOLP2 |

Beginning Month Balance: ($9.55)
Ending Month Balance: ($9.55)

Page 2 of 2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-Mail/Posta | 9/25/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 490578 | | 9/14/07 | |
| Supplies-Mail/Posta | 9/25/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 490580 | | 9/16/07 | |
| Supplies-Mail/Posta | 9/27/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 491586 | | 9/13/07 | |
| Supplies-Mail/Posta | 10/12/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 499434 | | 9/25/07 | |
| Supplies-Mail/Posta | 10/12/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 499435 | | 9/24/07 | |
| Supplies-Mail/Posta | 10/16/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 508662 | | INDIGENT 10/1/07 | |
| Supplies-Mail/Posta | 10/22/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 503669 | | 10/11/07 | |
| Supplies-Mail/Posta | 11/8/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 511940 | | 10/17/07 | |
| Supplies-Mail/Posta | 11/8/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 511953 | | 10/19/07 | |
| Supplies-Mail/Posta | 11/8/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 511981 | | 10/18/07 | |
| Supplies-Mail/Posta | 11/9/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 512040 | | INDIGENT 10/29/07 | |
| Supplies-Mail/Posta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 512308 | | 10/19/07 | |
| Supplies-Mail/Posta | 11/13/2007 | $0.00 | $0.00 | ($2.73) | ($9.55) | 512852 | | 10/25/07 | |
| Supplies-Mail/Posta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 519954 | | 11/20/07 | |
| Supplies-Mail/Posta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 520146 | | 10/29/07 | |
| Supplies-Mail/Posta | 11/29/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 520152 | | 10/30/07 | |
| Supplies-Mail/Posta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520181 | | 11/4/07 | |
| Supplies-Mail/Posta | 11/29/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 520200 | | 11/5/07 | |
| Supplies-Mail/Posta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520205 | | 11/6/07 | |
| Supplies-Mail/Posta | 11/29/2007 | $0.00 | $0.00 | ($1.57) | ($9.55) | 520280 | | 11/12/07 | |
| Supplies-Mail/Posta | 12/11/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 526347 | | INDIGENT 12/3/07 | |
| Supplies-Mail/Posta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 530857 | | 11/29/07 | |

| Ending Month Balance: | ($9.55) |
|---|---|

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($510.42)

Handwritten note:
P.S. DON'T FORGET THAT MY MANDATORY TIME WAS DUE ON DECEMBER TWENTY THREE OF 2007, (12/23/2007), AS I WAS REMINDED TO YOU TOO ON MY PRIOR LETTERS AND LEGAL FORMS.

Please turn this page to this other side.