*[Handwritten at top:] FEBRUARY TWENTY FIVE OF 2008  02/25/2008*
*HONORABLE MASTER, I'M WRITTING TO YOU ONCE AGAIN, NOT MEANING TO BOTHER OR DISTURB ANY OF YOUR TIME, BUT IN RESPONSE OF THIS SOMEHOW (CONSENT OF COLLECTION OF FEES FORM), THAT I HAVE RECEIVED ON 02/18/2008, AND I'M WRITTING TO YOU TO TELL YOU THAT FINALLY THANKS TO OUR HEAVENLY CELESTIAL FATHER GOD, FINALLY ON (02/22/2008), FEBRUARY TWENTY TWO OF TWO THOUSAND EIGHT, THEY TOOK ME TO THE HOSPITAL OVER HERE ON COMPOUND, IN ORDER TO*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-831-JJF |
| ) | |
| SUSSEX CORRECTIONAL ) | |
| INSTITUTION, ) | |
| ) | |
| Defendant. ) | |

**FILED FEB 27 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE**
*BD scanned*

### AUTHORIZATION

I, Ivan L. Mendez, SBI # 453351, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 02/14/2008_____, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 02/25/2008_____, 2008.

IVAN MENDEZ
Signature of Plaintiff

*[Handwritten at bottom:] FINALLY TAKE THE X-RAYS FROM MY CERVICAL SPINE, WHERE YOU CAN SEE IT THE DISLOCATED DISCS ON MY CERVICAL SPINE, AND ALSO THEY TOOK THE X-RAYS FROM MY HIPS, WHERE YOU CAN SEE THE UNEVENESS ON MY CRIPPLE LEG, AND ALSO THEY TOOK THE X-RAYS FROM MY HURTED, FRACTURED, AND DAMAGED RIBS TOO, IN ORDER TO SEE THIS BALLS ON MY BROKEN, FRACTURED, HURTED AND DAMAGED RIBS, AND ALSO THEY TOOK FROM MY LEGS ONCE AGAIN X-RAYS FROM BOTH (PLEASE TURN THIS PAGE TO THE OTHER SIDE)*

IM IVAN MENDEZ
SBI# 453351 UNIT SoHoUo #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US. District Court
844 North King Street.
LockBox #18
Wilmington Delaware
19801-3570