02/25/2008

EBRUARY TWENTY FIVE OF 2008

NORABLE MASTER, I'M WRITTING TO YOU ONCE AGAIN, NOT MEANING TO BOTHER OR DISTURB OF YOUR TIME, BUT IN RESPONSE OF THIS SOMEHOW (CONSENT OF COLLECTION OF FEES FORM), THAT ARE RECEIVED ON 02/18/2008, AND I'M WRITTING TO YOU TO TELL YOU THAT FINALLY THANKS TO OUR NEWLY CELESTIAL FATHER GOD, FINALLY ON (02/22/2008), FEBRUARY TWENTY TWO OF TWO THOUSAND EIGHT, THEY TOOK ME TO THE HOSPITAL OVER HERE ON COMPOUND, IN ORDER TO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IVAN L. MENDEZ, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-831-JJF
)
SUSSEX CORRECTIONAL )
INSTITUTION, )
)
Defendant. )



FILED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**AUTHORIZATION**

I, Ivan L. Mendez, SBI # 453351, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 02/14/2008_____, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 02/25/2008_____, 2008.

IVAN MENDEZ
Signature of Plaintiff

NALLY TAKE THE X-RAYS FROM MY CERVICAL SPINE, WHERE YOU CAN SEE IT THE DISLOCATED DISCS MY CERVICAL SPINE AND ALSO THEY TOOK THE X-RAYS FROM MY HIPS, WHERE YOU CAN SEE E UNEVENESS ON MY CRIPPLE LEG, AND ALSO THEY TOOK THE X-RAYS FROM MY HURTED, FRAC RED, AND DAMAGED RIBS TOO, IN ORDER TO SEE THIS BALLS ON MY BROKEN, FRACTURED HURTED DAMAGED RIBS, AND ALSO THEY TOOK FROM MY LEGS ONCE AGAIN X-RAYS FROM BOTH

of my legs once again, just like the X-rays that they took from both of my legs too on (04/21/2006) April twenty one of 2006, one day after being assaulted once again, that time by Mr. Scott Harold, over on M.H.U. of Bg. #23 on, (04/20/2006) April twenty of 2006, as you know it too all about it, where you can see it this mettallic pins, screws and mettallic plates that are holding my broken bones from my knees to my ankles on both legs as a result of that nasty "HIT AND RUN" of which I have been victim back on the year of 1998, which left me disabled, hurted, broken, fractured and damaged of some parts of my body and wearing this mettallic pins, screws and mettallic plates that are holding my broken bones from my knees to my ankles on both legs as you know it too all about it, and on (02/22/2008), February twenty two of 2008, when they took me out of here from this building of protective custody, they don't gave me a wheelchair like on 04/21/2006, one day after I was assaulted again, that time by Mr. Scott Harold, as you know it too all about it, well this time on 02/22/2008 they put shackles on both of my legs and walked me to the van to transporten me over to this institution hospital on this premises, but finally at least thanks to God they took those X-rays, some of them (my legs) once again, so please honorable master don't forgett that over here on protective custody one inmate throw pees at myself causing bleeding infectious wounds, and the rest of his peed he threw it under my door, as you know it too all about it, and this God damn wounds just opened once again, so as you have wrotten on this (supossed to be) consent of collection of pees form that this authorization shall apply to any other agency into whose custody I may be transferred, well honorable master are not what yours and this criminal organization plans are, are you and this criminal organization planning to remove me to another institution to accomplish this nasty set up conspiracy, well honorable master, don't forgett that you and this criminal organization have send it people to hurt me, damaged me, and atempted to kill me in order to accomplish this nasty set up conspiracy, from Gander Hill, Delaware psychiatric center, Sussex correctional institution, Delaware correctional center, as you know it too, how you and all this criminal organization has send it people from all this places wherever I am, so if you and this criminal organization are going to remove me, please send me to protective custody over to Sussex correctional institution on Georgetown Dr., where I was supposed to be on protective custody during my probatory time, and from where I was not supossed to be removed because I am under public detainer by Inmigration and Naturalisation services I.N.S., as you know it too all about it, so I'll be glad to hear from you soon as possible.

"Thanks for your time on this matter and for your consideration"
"Sincerely"
Another humble L.D.S. (Mormon) member of Christ's body (the church).
Ivan L. Mendez #453351