IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-831-JJF |
| SUSSEX CORRECTIONAL INSTITUTION, | : |
| Defendant. | : |

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

_May 13, 2008_  
DATE

_[signature]_  
UNITED STATES DISTRICT JUDGE